IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MCA VENTURES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 15-9122-CM |
| ) | |
| TOY HAULER WORLD, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE AND ORDER TO SHOW CAUSE

The complaint in this case was filed on June 11, 2015. Although summonses were issued at the time of filing, the docket reflects defendants have not been served with the summons and complaint within the 120 days required by Fed. R. Civ. P. 4(m).

Therefore, the court orders plaintiffs to show cause in writing to the Honorable Carlos Murguia, United States District Judge, on or before November 23, 2015, why this case should not be dismissed with prejudice for lack of prosecution under Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated this 9th day of November, 2015.

s/ Gwynne E. Birzer
GWYNNE E. BIRZER
United States Magistrate Judge