IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS
AT KANSAS CITY

| | |
|---|---|
| MCA VENTURES, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case no. 15-cv-09122-CM-GEB |
| ) | |
| TOY HAULER WORLD, INC. and ) | |
| BRANDON M. STORMS, ) | |
| ) | |
| Defendants. ) | |

## RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, Plaintiff, MCA Ventures, LLC, d/b/a CapAssist (hereinafter referred to as "MCA"), by and through its undersigned counsel, Gallas & Schulz and for its Response to the Order to Show Cause, states as follows:

1. That Plaintiff MCA filed its Complaint on June 11, 2015, and the summonses were issued on June 11, 2015.

2. That Defendants Toy Hauler World, Inc. and Brandon M. Storms were served on June 24, 2015.

3. That more than twenty (20) days have passed since Defendants were served.

4. That Defendants have failed to Answer Plaintiff's Petition and are therefore in default.

5. That Plaintiff MCA is filing its Motion for Default Judgment simultaneously herewith.

**WHEREFORE,** Plaintiff MCA Ventures, LLC, d/b/a CapAssist having filed its Response to the Order to Show Cause, prays an Order of this Court denying the Order to Show Cause and leaving the case on the active docket and for any further relief that this Court deems just and proper.

1

Respectfully submitted,

/s/Mark J. Schultz
Mark J. Schultz    #13619
9140 Ward Parkway, Ste. 200
Kansas City, Missouri 64114
(816) 822-8100 telephone
(816) 822-8222 facsimile
mark@gallas-schultz.com
ATTORNEYS FOR PLAINTIFF

## *Certificate of Mailing*

I hereby certify that on this 12th day of November 2015, the above and foregoing was served via United States First-Class Mail, postage prepaid and properly addressed as follows:

Toy Hauler World, Inc. and
Brandon M. Storms
397 Hunter Lane
Alpine, CA  91901

/s/Mark J. Schultz
Mark J. Schultz